1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    EDWARD T. MALONE,

11            Plaintiff,                    No. CIV S-06-2046 GEB KJM P

12        vs.

13    D.L. RUNNELS, et al.,

14            Defendants.                ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983.  On October 4, 2006, plaintiff was directed to pay the filing fee or submit

18    an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to

19    proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a

20    certified copy of his prison trust account statement for the six month period immediately

21    preceding the filing of the complaint and obtained the certification required on the application

22    form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the

23    completed application and the certified copy in support of his application to proceed in forma

24    pauperis.

25    /////

26    /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  The November 21, 2006 findings and recommendations are hereby vacated;

3    2.  Plaintiff shall submit, within thirty days from the date of this order, a certified

4  copy of his prison trust account statement for the six month period immediately preceding the

5  filing of the complaint and the certification required on the application form.  Plaintiff's failure

6  to comply with this order will result in a recommendation that this action be dismissed without

7  prejudice; and

8    3.  The Clerk of the Court is directed to send plaintiff a new Application to

9  Proceed In Forma Pauperis By a Prisoner.

10  DATED:  December 20, 2006.

11                                              U.S. MAGISTRATE JUDGE

12

13  /mp
    malo2046.3e

14

15

16

17

18

19

20

21

22

23

24

25

26

2