IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

        Plaintiff,                      No. CIV S-06-2046 GEB KJM P

    vs.

D.L. RUNNELS, et al,                <u>ORDER AND</u>

        Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 17, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        Plaintiff has also requested that the court issue a preliminary injunction, ordering prison officials to remove an incompatible cellmate. Plaintiff is now housed at Kern Valley State Prison; the underlying action names as defendants various prison officials at High Desert State Prison. This court is unable to issue an order against individuals who are not parties to a

1

suit pending before it.  <u>See</u> Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Service is appropriate for the following defendants: D.L. Runnels, S. Cook, R. Baughman, Lt. Adams, W. Fickling, D. Dennis, D.S. Sisto and Trullinger.

   2. The Clerk of the Court shall send plaintiff eight USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 11, 2007.

   3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Nine copies of the endorsed amended complaint filed May 11, 2007.

   4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

   IT IS HEREBY RECOMMENDED that plaintiff's May 23, 2007 request for a preliminary injunction be denied.

/////
////
//////
//////
//////
/////

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3   days after being served with these findings and recommendations, plaintiff may file written
4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7   F.2d 1153 (9th Cir. 1991).

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

2
malo2046.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

      Plaintiff,                              No. CIV S-06-2046 GEB KJM P

    vs.

D.L. RUNNELS,                              <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                             Amended Complaint

DATED:

                                        _____
                                        Plaintiff