IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

      Plaintiff,                      No. CIV S-06-2046 GEB KJM P

  vs.

D.L. RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

                                /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed October 26, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, a summons, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On December 10, 2007, plaintiff submitted the USM-285 forms and copies of the complaint but failed to provide the court with defendants' addresses or to fill out the summons.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed send plaintiff eight new USM-285 forms, a new summons, and a copy of the complaint submitted by plaintiff on December 10, 2007; and

/////

1

1        2.  Within thirty days, plaintiff shall submit to the court the new USM-285 forms
2   with current addresses required to effect service along with a properly filled out summons.
3   Failure to return the forms within the specified time period will result in a recommendation that
4   this action be dismissed.
5   DATED:  January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

8   2/ke
    malo2046.8f