IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

      Plaintiff,　　　　　　　　　No. CIV S-06-2046 GEB KJM P

  vs.

D.L. RUNNELS, et al.,

      Defendants.　　　　　　　　<u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On February 8, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants W. Fickling and S. Cook were returned unserved because "per CDC locator, not in database." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed May 11, 2007;

        2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for each defendant; and

        b. Three copies of the endorsed complaint filed May 11, 2007

or show good cause why he cannot provide such information.

DATED: March 4, 2008.

_____
U.S. MAGISTRATE JUDGE

/ke
malo2046.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

     Plaintiff,                             No. CIV S-06-2046 GEB KJM P

    vs.

D.L. RUNNELS, et al.,               <u>NOTICE OF SUBMISSION</u>

     Defendants.                     <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                         _____
                                         Plaintiff