IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

      Plaintiff,                  No. CIV S-06-2046 GEB KJM P

  vs.

D.L. RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

                              /

        Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of June 27, 2008.  In addition, defendants have filed a motion to modify the scheduling order to allow them to take depositions.

         Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (docket no. 41) is granted;

        2. Plaintiff is granted sixty days from the date of this order in which to submit the necessary documents for service;

        3. Defendants' motion to modify the scheduling order (docket no. 40) is granted;

        4. Defendants have until September 30, 2008 in which to take depositions;

/////

/////

1       5. The dates for filing dispositive motions, for filing pretrial statements, for
2 pretrial conference and for trial established in the scheduling order (docket no. 29) are hereby
3 vacated; and
4       6. Dispositive motions are due by November 1, with opposition due by December
5 1, and the reply, if any due December 15, 2008; the dates for pretrial conference and trial will be
6 reset later, if necessary.
7 DATED: September 11, 2008.

                                                 U.S. MAGISTRATE JUDGE

10 2/mp
malo2046.36