IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD T. MALONE,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**RUNNELS, et al.,**<br><br>                              Defendants. | CASE NO.: 2:06-cv-02046-GEB-KJM<br><br>**ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE AND SERVE DISPOSITIVE MOTION** |

   Defendants, request for an extension of time (docket no. 43) was considered by this Court, and good cause appearing.

   IT IS HEREBY ORDERED that Defendants have until December 1, 2008, to file and serve their dispositive motion; plaintiff's opposition is due thirty days after service of defendants' motion; the reply, if any, is due fifteen days after the service of the opposition.

Dated:  November 5, 2008.

_____
U.S. MAGISTRATE JUDGE