IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD T. MALONE,** | CASE NO.: 2:06-cv-02046-GEB-KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EXTENSION OF TIME TO FILE AND SERVE DISPOSITIVE MOTION** |
| v. | |
| **RUNNELS, et al.,** | |
| Defendants. | |

Defendant's request for an extension of time (docket no. 45) was considered by this Court, and good cause appearing

IT IS HEREBY ORDERED that Defendants have until February 8, 2009, to file and serve their dispositive motion.

Dated: January 14, 2009.

_____
U.S. MAGISTRATE JUDGE