1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD T. MALONE,

11              Plaintiff,                    No. CIV S-06-2046 GEB KJM P

12       vs.

13   D.L. RUNNELS, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16             Plaintiff has requested an extension of time to file a response to the February 9,

17   2009 motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

18             1.  Plaintiff's February 23, 2009 request for an extension of time (Docket No. 49)

19   is granted; and

20             2.  Plaintiff is granted up to and including March 31, 2009 in which to file and

21   serve a response to the February 9, 2009 motion for summary judgment.

22   DATED:  March 12, 2009.

23

24                                    U.S. MAGISTRATE JUDGE

25   /md
     malo2046.36

26