IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

        Plaintiff,                     No. CIV S-06-2046 GEB KJM P

    vs.

D.L. RUNNELS, et al.,

        Defendants.             <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' February 9, 2009 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request for an extension of time (Docket No. 52) is granted; and

       2. Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendants' February 9, 2009 Motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: April 17, 2009.

                                                                   U.S. MAGISTRATE JUDGE

/mp
malo2046.36(2)