IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD T. MALONE,** | Case No. 2:06-cv-2046-GEB-KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **RUNNELS, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants Adams, Baughman, Dennis, Runnels, Sisto and Trullinger are granted an additional eighteen days, to and including July 10, 2009, within which to file their reply on their motion for summary judgment (Docket No. 55).

Dated: June 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1