IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

      Plaintiff,                      No. CIV S-06-2046 GEB KJM P

      vs.

RUNNELS, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 2, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 2, 2009, are adopted in full;

2. The action is dismissed without prejudice as to defendants Cook and Fickling; and

3. Defendants' motion for summary judgment is granted as to defendants Runnels, Sisto and Baughman and as to any claim for injunctive relief, but denied as to defendants Trullinger and Adams.

Dated: September 28, 2009

GARLAND E. BURRELL, JR.
United States District Judge