IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

    Plaintiff,                    No. CIV S-06-2046 GEB KJM P

    vs.

RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at North Kern State Prison (NKSP) on January 20, 2010, at 9:00 a.m.

        In accordance with the above, IT IS HEREBY ORDERED that this case is set for mediation on January 20, 2010, at 9:00 a.m. at NKSP, 2737 West Cecil Avenue, Delano, California.

DATED: November 23, 2009.

                                            U.S. MAGISTRATE JUDGE