IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

    Plaintiff,                               No. CIV S-06-2046 GEB KJM P

    vs.

RUNNELS, et al.,

    Defendants.                  <u>ORDER</u>

        Plaintiff has filed a motion for an extension of time in which to file his pretrial statement.  However, on November 23, 2009, this court referred the case to the Honorable Craig S. Kellison, who has scheduled a settlement conference for January 20, 2010; no other dates have been set.

        IT IS THEREFORE ORDERED that plaintiff's motion for an extension of time (docket no. 61) is denied without prejudice.

DATED: December 16, 2009.

                                                   U.S. MAGISTRATE JUDGE

2/malo2056.noeot

1