IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD T. MALONE,

    Plaintiff,                    No. CIV S-06-2046 GEB CKD P

    vs.

D.L. RUNNELS, et al.,

    Defendants.            ORDER

_____/

        Plaintiff has filed a motion asking that this matter be set for pretrial conference and trial. This motion will be denied as the court will schedule dates for trial confirmation hearing and trial in a pretrial order which will be issued after the district court judge assigned to this case addresses the findings and recommendations issued by this court on September 26, 2011.

        Plaintiff has also filed a "motion for production of documents." Discovery requests are not properly directed at the court, but to the party from whom information is sought. Furthermore, the discovery deadline in this action passed on September 12, 2008. See April 25, 2008 Scheduling Order.

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Plaintiff's October 26, 2011 "motion for production of documents . . ." is denied; and

4       2.  Plaintiff's October 26, 2011 request that the court set dates for pretrial conference and trial is denied.

Dated: October 28, 2011

*[signature]*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 malo2046.sch